# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **ALLIED MACHINE & ENGINEERING** | ) | **CASE NO. 1:11CV2712** |
| | ) | |
| | ) | **JUDGE CHRISTOPHER A. BOYKO** |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **JUDGMENT** |
| | ) | |
| | ) | |
| **COMPETITIVE CARBIDE** | ) | |
| | ) | |
| **Defendant.** | ) | |

The Court filed its Opinion and Order (ECF DKT #90) in the above-captioned matter on February 15, 2018.   Accordingly, this action is terminated pursuant to Federal Rule of Civil Procedure 58.

**IT IS SO ORDERED.**

                                          **s/ Christopher A. Boyko**
                                          **CHRISTOPHER A. BOYKO**
                                          **UNITED STATES DISTRICT JUDGE**

**DATED:  June 21, 2018**